```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 13105
   ATLAS W BROWN
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-2648
```

---
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/13/06 and confirmed on 03/15/07.

2. The case was dismissed after confirmation, 11/30/2007.

3. The Debtor paid a total of $ 9093.34 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | 6927.14 | .00 | 2463.41 |
| CREDIT ACCEPTANCE CORP | SECURED VEHIC | 11305.73 | 429.89 | 2470.11 |
| OAKS OF FOREST HILLS | SECURED | 40.00 | .00 | 40.00 |
| HERITAGE ACCEPTANCE | SECURED VEHIC | 4000.00 | 129.67 | 720.33 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 487.57 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 64.08 | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 1902.55 | .00 | .00 |
| ENCORE RECEIVABLE MGMT | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT CORP | UNSECURED | 17384.72 | .00 | .00 |
| FIRST NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 801.76 | .00 | .00 |
| MIDLAND FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| VATIV RECOVERY SOLUTIONS | UNSECURED | 1271.72 | .00 | .00 |
| CASH AMERICA | UNSECURED | 358.56 | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | 1750.00 | .00 | .00 |
| AFNI/VERIZON | UNSECURED | 1334.10 | .00 | .00 |
| WEST ASSET MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| DIVISION OF CHILD SUPPOR | CHILD SUPPORT | NOT FILED | .00 | .00 |
| STATE DISBURSEMENT UNIT | FILED LATE | .00 | .00 | .00 |
| STATE DISBURSEMENT UNIT | FILED LATE | .00 | .00 | .00 |

Summary of disbursements:

```
                       SECURED      PRIORITY    UNSECURED         OTHER         TOTAL
----------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    22272.87          .00     25355.06           .00       47627.93
PRINCIPAL PAID         5693.85          .00          .00           .00        5693.85
INTEREST PAID           559.56          .00          .00           .00         559.56
TOTAL PAID             6253.41          .00          .00           .00        6253.41
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC       , was allowed $   2500.00
and was paid $     16.00  direct and $   2484.00  through the plan.

The Trustee received $    355.93 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


Dated: 02/08/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE